**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6125**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DARRELL RHAMES,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CR-97-217-S, CA-00-3749-S)

_____

Submitted: March 30, 2001          Decided: April 16, 2001

_____

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Darrell Rhames, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Darrell Rhames appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2241 (1994) after construing it as a motion to vacate or set aside his sentence pursuant to 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Rhames, Nos. CR-97-217-S; CA-00-3749-S (D. Md. filed Jan. 3, 2001, entered Jan. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED